No. 444. BINGLER VACATION TOURS, INC. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the District of New Jersey. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Wilmer A. Hill* for appellant. *Solicitor General Sobeloff, Assistant Attorney General Barnes* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, and *James F. X. O'Brien* and *Jack R. Turney, Jr.* for the Asbury Park-New York Transit Corporation et al., appellees.

No. 14, Original. IN RE STATE OF LOUISIANA. The motion for leave to file and the petition to perpetuate testimony are granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion. *Fred S. LeBlanc,* Attorney General, *John L. Madden,* Assistant Attorney General, *Bailey Walsh,* Special Assistant Attorney General, *W. Scott Wilkinson, L. H. Perez, Frank J. Looney* and *Grove Stafford* for the State of Louisiana, petitioner. *Solicitor General Sobeloff* and *Assistant Attorney General Rankin* filed a brief for the United States in opposition to the petition.

No. 258, Misc. GOLDEN *v.* McNEILL, PRISON SUPERINTENDENT, ET AL.;

No. 267, Misc. SEWARD *v.* DENNY; and

No. 278, Misc. GIBBS *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.